| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Karl S. Kronenberger (Bar No. 226112)<br>Jeffrey M. Rosenfeld (Bar No. 222187)<br>James Carlson (pro hac vice to come)<br>150 Post Street, Suite 520<br>(415) 955-1155 | |
| ATTORNEY(S) FOR: Plaintiff Iranian Americans for Liberty Institute | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Iranian Americans for Liberty Institute, a Delaware exempt corporation,<br><br>Plaintiff(s),<br>v.<br>Ali Ebrahimzadeh, an individual, and John Does 1-10, unknown persons,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:22-cv-09240<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Iranian Americans for Liberty Institute_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Plaintiff Iranian Americans for Liberty Institute. | 1. Plaintiff in the action. |
| 2. Ali Ebrahimzadeh. | 2. Defendant in the action. |

| | |
|---|---|
| December 20, 2022<br>Date | s/ Karl S. Kronenberger<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Iranian Americans for Liberty Institute