**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
karl@kr.law
Jeffrey M. Rosenfeld (Bar No. 222187)
jeff@kr.law
James Carlson (*pro hac vice* to come)
jim@kr.law
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff Iranian Americans for Liberty Institute

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **IRANIAN AMERICANS FOR LIBERTY INSTITUTE,** a Delaware exempt corporation,<br><br>Plaintiff,<br><br>v.<br><br>**ALI EBRAHIMZADEH**, an individual, and **JOHN DOES 1-10**, unknown persons,<br><br>Defendants. | Case No. 2:22-cv-09240<br><br>**PLAINTIFF IRANIAN AMERICANS FOR LIBERTY INSTITUTE'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

Case No. 2:22-cv-09240           **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Plaintiff, Iranian Americans for Liberty Institute, a private, non-governmental party, certifies that it is not publicly held and that it has no corporate parents, subsidiaries, or affiliates that are publicly held which own 10% or more of its stock.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Plaintiff, Iranian Americans for Liberty Institute, a private, non-governmental party, certifies that the following individuals and entities' citizenship are attributed to Plaintiff:

| Individuals and Entities | Citizenship Attributed |
|---|---|
| Plaintiff Iranian Americans for Liberty Institute | Delaware and the District of Columbia |

Respectfully Submitted,

DATED: December 20, 2022   **KRONENBERGER ROSENFELD, LLP**

By: _____/s Karl S. Kronenberger_____
Karl S. Kronenberger

Attorneys for Plaintiff Iranian Americans for Liberty Institute

Case No. 2:22-cv-09240     1     **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**