**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
karl@kr.law
Jeffrey M. Rosenfeld (Bar No. 222187)
jeff@kr.law
James Carlson (*pro hac vice* to come)
jim@kr.law
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff Iranian Americans for Liberty Institute

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **IRANIAN AMERICANS FOR LIBERTY INSTITUTE,** a Delaware exempt corporation,<br><br>Plaintiff,<br><br>v.<br><br>**ALI EBRAHIMZADEH**, an individual, and **JOHN DOES 1–10**, unknown persons,<br><br>Defendants. | Case No. 2:22-cv-09240-MWF-MAR<br><br>**PLAINTIFF IRANIAN AMERICANS FOR LIBERTY INSTITUTE'S RESPONSE TO NOTICE OF *PRO HAC VICE* APPLICATION DUE** |

1  Plaintiff Iranian Americans for Liberty Institute hereby submits the
2  following response to the Court's Notice of *Pro Hac Vice* Application Due for
3  attorney James Carlson [D.E. No. 10]. The Notice of Application Due
4  requires that Mr. Carlson complete an Application of Non-Resident Attorney
5  to Appear in a Specific Case *Pro Hac Vice* (Form G-64) and have the
6  undersigned local counsel file the Application electronically within five (5)
7  business days of the Notice of Application, which was entered on December
8  21, 2022, making Mr. Carlson's Application due December 29, 2022.

9  Pursuant to Local Rule 83-2.1.3.3(b)(3), Mr. Carlson is required to
10 submit a Certificate of Good Standing from each state bar in which he is a
11 member, issued no more than 30 days before the filing of the Application of
12 Nonresident Attorney to Appear in a Specific Case.

13 Mr. Carlson is awaiting a Certificate of Good Standing from Arizona,
14 which Mr. Carlson has undertaken to obtain from the Supreme Court of
15 Arizona on Wednesday, December 21, 2022.

16 As such, Mr. Carlson respectfully requests additional, reasonable time
17 to receive the Certificate of Good Standing from the State Bar of Arizona,
18 after which receipt he will promptly file his *Pro Hac Vice* Application.

20 Respectfully Submitted,
21 DATED: December 27, 2022      **KRONENBERGER ROSENFELD, LLP**

23                                By:     s/ Jeffrey M. Rosenfeld
24                                        Jeffrey M. Rosenfeld

25                                Attorneys for Plaintiff Iranian Americans for
26                                Liberty Institute