1 | Jeffrey Lewis (Bar No. 183934)
Jeff@JeffLewisLaw.com
2 | Sean Rotstan (Bar No. 316041)
Sean@JeffLewisLaw.com
3 | **JEFF LEWIS LAW, APC**
827 Deep Valley Drive, Suite 209
4 | Rolling Hills Estates, CA 90274
Tel. (310) 935-4001
5 | Fax. (310) 872-5389

6 | Attorneys for Defendant
ALI EBRAHIMZADEH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| IRANIAN AMERICANS FOR LIBERTY INSTITUTE, | ) Case No.: 2:22-CV-09240 |
|---|---|
| Plaintiff, | ) **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| vs. | ) |
| ALI EBRAHIMZADEH, et al., | ) Complaint Filed:           Dec. 20, 2022 |
| Defendants. | ) Current Response Date:    Jan. 19, 2023 |
|  | ) Requested Response Date: Feb. 2, 2023 |



STIPULATION

- 2 -

1   Plaintiffs Iranian Americans for Liberty Institute (the "Plaintiff")
2   and Defendant Ali Ebrahimzadeh ("Defendant"), by and through their
3   counsel of record, stipulate and agree as follows:

4   WHEREAS, the Plaintiff filed its Complaint on December 20,
5   2022. Dkt. 1.

6   WHEREAS, on December 29, 2022, Defendant was served with the
7   summons and complaint. Dkt. No. 13.

8   WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3). The date for
9   Defendant to answer or otherwise respond to the Complaint is January
10  19, 2023.

11  WHEREAS, Defendant has requested, and Plaintiff has agreed,
12  that Defendant may have until February 2, 2023, within which to
13  answer or otherwise respond to the Complaint.

14  WHEREAS, the extension requested through this Stipulation will
15  not affect any other date on the case schedule.

16
17
18
19
20



Jeff Lewis Law, APC
827 Deep Valley Drive, Suite 209
Rolling Hills Estates, CA 90274

- 2 -
STIPULATION

NOW, THEREFOR, THE PARTIES HEREBY STIPULATE that Defendant shall have through and including February 2, 2023, within which to answer or otherwise respond to the Complaint.

DATED: January 18, 2023    **KRONENBERGER ROSENFELD LLP**

By:   */s/ Jeffrey M. Rosenfeld*
    Jeffrey M. Rosenfeld

Attorneys for Plaintiff
IRANIANAMERICANS FOR LIBERTY INSTITUTE

DATED: January 18, 2023    **JEFF LEWIS LAW, APC**

By:   */s/ Jeffrey Lewis\**
    Jeffrey Lewis
    Sean C. Rotstan

Attorneys for Defendant
ALI EBRAHIMZADEH

*Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.