# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Iranian Americans for Liberty Institute, a Delaware exempt corporation,<br><br>  v.<br><br>Ali Ebrahimzadeh, et al.,<br><br>                                            Plaintiff(s)<br>                                            Defendant(s) | CASE NUMBER<br><br>2:22-cv-09240-MWF(MARx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Carlson, James  of  KRONENBERGER ROSENFELD, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*        300 Spectrum Center Drive, Suite 400
(949) 374-5036       (949) 374-5056        Irvine, CA 92618
*Telephone Number*     *Fax Number*
jim@kr.law
*E-Mail Address*                                            *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff Iranian Americans for Liberty Institute
*Name(s) of Party(ies) Represent*       ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Rosenfeld, Jeffrey M.  of  KRONENBERGER ROSENFELD, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*        300 Spectrum Center Drive, Suite 400
222187      (949) 374-5036      (949) 374-5056        Irvine, CA 92618
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

*E-Mail Address*                                            *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: January 19, 2023

*[signature]*

MICHAEL W. FITZGERALD, U.S. District Judge