Jeffrey Lewis (Bar No. 183934)
Sean Rotstan (Bar No. 316041)
**JEFF LEWIS LAW, APC**
827 Deep Valley Drive, Suite 209
Rolling Hills Estates, CA 90274
Tel. (310) 935-4001
Fax. (310) 872-5389
E-Mail: Jeff@JeffLewisLaw.com

Attorneys for Defendant
ALI EBRAHIMZADE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

IRANIAN AMERICANS FOR LIBERTY INSTITUTE,

Plaintiff,

vs.

ALI EBRAHIMZADEH, et al.,

Defendants.

Case No.: 2:22-CV-09240

**DECLARATION OF ALI EBRAHIMZADEH IN SUPPORT OF SPECIAL MOTION TO STRIKE**

Hearing Date: March 6, 2023
Hearing Time: 10:00 a.m.
Location: Courtroom 5A

I, Ali Ebrahimzadeh, declare as follows:

1. I am the named Defendant herein.

2. I have personal knowledge of the truth and accuracy of the facts set forth herein, and if called upon as a witness, I could competently testify thereto. I do not intend to waive the attorney-client privilege or work product doctrine by making any statement herein.



Jeff Lewis Law, APC
827 Deep Valley Drive, Suite 209
Rolling Hills Estates, CA 90274

3. I was born in Iran and immigrated to the United States in 2015. I am an activist that, with other Iranian immigrants, opposes the Iranian Regime and supports the efforts by Iranians to protest and work towards democracy. Among my past activities is the 2021 "Normal Life" campaign, which attracted media attention with a billboard in Manhattan's Times Square. I also organize the Normal Life Council, a non-profit that raises awareness of human rights abuses in Iran.

4. In my work, I have become aware of the statements of other activists and organizations who either claim to or actually promote democracy in Iran. I am familiar with the work and statements by the plaintiff in this matter, Iranian Americans for Liberty Institute (the "Institute.")

5. The Institute seeks to influence American policy towards the government of Iran through advocacy and education. It also seeks to influence United States elections and hosts events supporting national politicians who agree with the Institute. On January 16, 2023, I accessed the Institute's website and observed that the Institute hosted an event for Senator Rob Johnson on May 10, 2022. Other events for politicians are listed at the website, https://iranianamericansforliberty.org/pages/events.

6. The Institute's website describes the Institute as a political action committee that helps elect candidates and influence the outcome of elections. The Institute's PAC activities are set forth at https://iranianamericansforliberty.org/pages/how-we-do-it.

7. In December 2021, I was actively monitoring traditional and social media about Iran's government and those who support and undermine the regime.

8. On December 23, 2021, a famous Iranian Activist, Masih Alinejad publicly requested a social media ban for the supreme leader of Iran.

Jeff Lewis Law, APC
827 Deep Valley Drive, Suite 209
Rolling Hills Estates, CA 90274



9. On December 24, 2021, the Institute issued a statement pertaining to social media use by the leadership of Iran entitled: The Call for Censorship by the Big Tech Companies from Activist Journalists is Abhorrent and Must Be Opposed by All Freedom Loving Americans. A true and correct copy of that statement is attached hereto and incorporated herein as **Exhibit "1."** The Institute described Ms. Alinejad's earlier statements as "a blatant falsehood to advance a sinister agenda."

10. When the Institute issued a statement opposing calls for a social media ban for the supreme leader of Iran, I believed then, and believe today, that the Institute was acting in the interests of the current government of Iran and to further the free speech rights of that repressive government.

11. Any statements I have ever made about the Institute in connection with Ms. Alinejad or the Institute's December 24, 2021 statement about censorship were made with the sincere belief that the Institute's stance on the blocking of social media in the United States is, in effect, supporting the current government of Iran.

12. I have read the allegations in the complaint against me. The complaint alleges in paragraph 38 that Tweet No. 1 which the Institute attributes to me said in English: "Leave these exported agents to us." The original Tweet is not attached to the complaint nor is the original language of the Tweet pled in the complaint. I am familiar with the Persian version of that tweet and I saw it posted on Twitter before the account was suspended. Tweet No. 1 suggested that the Institute's statement demonstrated that the Institute was protecting the Iranian supreme leader's freedom of speech rights in the United States. Tweet No. 1 used a hashtag, #اپوزیسیون_امنیتی that means security opposition. The Institute has inaccurately translated those words to read "intelligence opposition." The Institute's translation is wrong.

Jeff Lewis Law, APC
827 Deep Valley Drive, Suite 209
Rolling Hills Estates, CA 90274



13. I have read the Institute's allegation at paragraph 49 that it has been "*actively excluded by the Persian-speaking media…"* I am familiar with Persian-speaking media as it relates to the pro-democracy activism in Iran. I am unaware of any Persian-speaking media who used any social media post by me to make its decisions regarding exclusion of the Institute.

14. I have read the Institute's allegation at paragraph 50 that it has "lost business and professional opportunities, including conference speakerships." I am aware of conference speakerships that arise in the context of Iranian democracy activism. I am unaware of any business or professional opportunities or conference speakerships in the Iranian democracy space that has been lost by the Institute due to any social media post by me.

15. I am aware of hundreds of people making public accusations against the Institute similar to what is alleged in the complaint. A compendium of examples of these other similar social media posts by other people is attached hereto and incorporated herein as **Exhibit "2."**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __th day of January 2023, at ______________________________, California.

Ali Ebrahimzadeh

Jeff Lewis Law, APC
827 Deep Valley Drive, Suite 209
Rolling Hills Estates, CA 90274

