Jeffrey Lewis (Bar No. 183934)
Jeff@JeffLewisLaw.com
Sean Rotstan (Bar No. 316041)
Sean@JeffLewisLaw.com
**JEFF LEWIS LAW, APC**
827 Deep Valley Drive, Suite 209
Rolling Hills Estates, CA 90274
Tel. (310) 935-4001
Fax. (310) 872-5389

Attorneys for Defendant
ALI EBRAHIMZADEH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IRANIAN AMERICANS FOR LIBERTY INSTITUTE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALI EBRAHIMZADEH, et al.,<br><br>　　　　Defendants. | Case No.: 2:22-CV-09240<br><br>**[PROPOSED] ORDER ON DEFENDANT ALI EBRAHIMZADEH'S SPECIAL MOTION TO STRIKE**<br><br>Date:　　　 March 6, 2023<br>Time:　　　 10:00 a.m.<br>Location:　 Courtroom 5A |

1  The Special Motion to Strike Plaintiff's Complaint, filed by Defendant Ali Ebrahimzadeh, come on for hearing on March 6, 2023 in Courtroom 5A of the above-entitled Court. Having considered the papers submitted by the parties in support of and in opposition to Defendant's Motion, the arguments of counsel at the hearing, and all other pleadings and papers on record in this matter, the Motion is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated:                                    By: _____
                                                Hon. Michael W. Fitzgerald
                                                United States District Judge

Jeff Lewis Law, APC
827 Deep Valley Drive, Suite 209
Rolling Hills Estates, CA 90274

- 2 -

[PROPOSED] ORDER ON SPECIAL MOTION TO STRIKE