Jeffrey Lewis (Bar No. 183934)
Sean Rotstan (Bar No. 316041)
**JEFF LEWIS LAW, APC**
827 Deep Valley Drive, Suite 209
Rolling Hills Estates, CA 90274
Tel. (310) 935-4001
Fax. (310) 872-5389
E-Mail: Jeff@JeffLewisLaw.com

Attorneys for Defendant
ALI EBRAHIMZADEH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| IRANIAN AMERICANS FOR LIBERTY INSTITUTE, Plaintiff, vs. ALI EBRAHIMZADEH, et al., Defendants. | Case No.: 2:22-CV-09240 <br><br> **DECLARATION OF JEFFREY LEWIS IN OPPOSITION TO MOTION PURSUANT TO RULE 56(d) TO PERMIT DISCOVERY** <br><br> Judge: Hon. Michael W. Fitzgerald <br> Date: March 13, 2023 <br> Time: 10:00 a.m. <br> Location: Courtroom 5A |
|---|---|

I, Jeffrey Lewis, declare as follows:

1. I am counsel for Defendant Ali Ebrahimzadeh ("Ebrahimzadeh").

2. I have personal knowledge of the truth and accuracy of the facts set forth herein, and if called upon as a witness, I could competently testify thereto. I do not intend to waive the attorney-client privilege or work product doctrine by making any statement herein.

3. I met and conferred with Plaintiff's counsel via telephone on February 9, 2023. We could not agree on the scope of permitted discovery, however, we did agree that the court should resolve legal issues before discovery if possible.

DECLARATION

4.    During the meet and confer, counsel discussed how expensive discovery is and how Ebrahimzadeh intended to file a fee motion encompassing time spent on all discovery activities at the conclusion of this case.

5.    During the meet and confer, counsel discussed how Ebrahimzadeh would require an interpreter if a deposition were to take place.

6.    In January 2023, Masih Alinejad, a well known journalist and activist for Iranian rights, was the subject of widespread news accounts of a plot to kill her in her home state of New York. Examples of the news accounts include:

    a. https://www.cnn.com/2023/01/27/politics/justice-department-masih-alinejad/index.html

    b. https://www.cbsnews.com/newyork/news/masih-alinejad-murder-plot-new-york-city-charges/

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed this 17th day of February 2023, at Rolling Hills Estates, California.

*/s/ Jeffrey Lewis*
Jeffrey Lewis

