Jeffrey Lewis (Bar No. 183934)
Jeff@JeffLewisLaw.com
Sean Rotstan (Bar No. 316041)
Sean@JeffLewisLaw.com
**JEFF LEWIS LAW, APC**
827 Deep Valley Drive, Suite 209
Rolling Hills Estates, CA 90274
Tel. (310) 935-4001
Fax. (310) 872-5389

Attorneys for Defendant
ALI EBRAHIMZADEH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IRANIAN AMERICANS FOR LIBERTY INSTITUTE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALI EBRAHIMZADEH, et al.,<br><br>　　　　Defendants. | Case No.: 2:22-CV-09240<br><br>**EVIDENTIARY OBJECTIONS IN SUPPORT OF SPECIAL MOTION TO STRIKE**<br><br>Date:　　　March 6, 2023<br>Time:　　　10:00 a.m.<br>Location:　Courtroom 5A |

Defendant Ali Ebrahimzadeh hereby objects to the following evidence filed by Plaintiff in opposition Defendant's special motion to strike and further requests that the below described evidence be excluded from evidence on the grounds set forth below:



EVIDENTIARY OBJECTIONS

| | Material Objected To | Grounds for Objection | Ruling |
|---|---|---|---|
| 1 | | | |
| 2 | **Objection No. 1.** | 1. Hearsay. Fed. R. Evid. 801. | SUSTAINED |
| 3-20 | Dkt. 20-1: Declaration of Daniel Jafari ("Jafari Decl."), Pg. 3, ¶ 27: A member of IAL visited Ebrahimzadeh's Prior Twitter Profile and took screenshots of Ebrahimzadeh's tweets on December 25, 2021, and then pasted the screenshots of the tweets as images into a Microsoft Word document. A true and correct copy of Ebrahimzadeh's tweets as pasted into the Microsoft Word document is attached hereto as Exhibit C (the "Tweets"). Exhibit C reflects true and accurate copies of the tweets that I viewed on Ebrahimzadeh's Prior Twitter Profile. | 2. Lacks foundation. Fed. R. Evid. 901. | OVERRULED |
| 21-28 | **Objection No. 2.** Jafari Decl., Pg. 4, ¶ 32: It is my opinion that Ebrahimzadeh's Tweets were likely the result of either collusion between Ebrahimzadeh and Alinejad, or the result of Alinejad encouraging | 1. Calls for speculation. Fed. R. Evid. 701. 2. Hearsay. Fed. R. Evid. 801. 3. Lacks foundation. Fed. R. Evid. 901. | SUSTAINED OVERRULED |

Jeff Lewis Law, APC
827 Deep Valley Drive, Suite 209
Rolling Hills Estates, CA 90274

| Material Objected To | Grounds for Objection | Ruling |
|---|---|---|
| Ebrahimzadeh to post the Tweets. My opinion is based on the fact that Ebrahimzadeh published the Tweets one day after IAL issued IAL's December 24 Statement, which heavily criticized Alinejad, and because IAL and Alinejad have publicly disagreed on sensitive issues in the past. | | |
| **Objection No. 3.** <u>Jafari Decl., Pg. 4, ¶ 34:</u> Immediately after Ebrahimzadeh published his Tweets, members of IAL received repeated inquiries about Ebrahimzadeh's Tweets, including several that assumed the Tweets were true. | 1. Hearsay. Fed. R. Evid. 801. | SUSTAINED<br><br>OVERRULED |
| **Objection No. 4.** <u>Jafari Decl., Pg. 6, ¶ 46:</u> Based on my experience, the vast majority of the Iranian-American community are familiar with NIAC and the public accusations that NIAC lobbies for the Iranian regime. | 1. Calls for speculation. Fed. R. Evid. 701.<br>2. Lacks foundation. Fed. R. Evid. 901. | SUSTAINED<br><br>OVERRULED |

Jeff Lewis Law, APC
827 Deep Valley Drive, Suite 209
Rolling Hills Estates, CA 90274

- 3 -
EVIDENTIARY OBJECTIONS

| Material Objected To | Grounds for Objection | Ruling |
|---|---|---|
| **Objection No. 5.** <u>Jafari Decl., Pg. 7, ¶ 54:</u> Based on my experience advocating for the Iranian-American community and my own experience as an Iranian American opposing the Iranian regime, I understand that the Iranian-American community takes very seriously any statement linking a person or organization to the Iranian regime or any statement that a person or organization lobbies or advocates on behalf of the Iranian regime. | 1. Calls for speculation. Fed. R. Evid. 701. 2. Lacks foundation. Fed. R. Evid. 901. | SUSTAINED _____ OVERRULED |
| **Objection No. 6.** <u>Jafari Decl., Pg. 7, ¶ 59:</u> I have read many comments to Ebrahimzadeh's Twitter posts and I understand that people take Ebrahimzadeh's tweets seriously, especially many Iranian-Americans. | 1. Calls for speculation. Fed. R. Evid. 701. 2. Hearsay. Fed. R. Evid. 801. 3. Lacks foundation. Fed. R. Evid. 901. | SUSTAINED _____ OVERRULED |

- 4 -
EVIDENTIARY OBJECTIONS

| Material Objected To | Grounds for Objection | Ruling |
|---|---|---|
| **Objection No. 7.**<br>Jafari Decl., Pg. 8, ¶ 62:<br>IAL received numerous inquiries about Ebrahimzadeh's Tweets, including several that assumed the Tweets were true. | 1. Hearsay.<br>   Fed. R. Evid. 801.<br>2. Lacks foundation. Fed. R. Evid. 901. | SUSTAINED<br><br>OVERRULED |
| **Objection No. 8.**<br>Jafari Decl., Pg. 8, ¶ 63:<br>Such inquiries and the negative publicity created by Ebrahimzadeh's tweets immediately placed significant pressure on IAL as an organization, and its members faced harsh criticism for being accused of supporting the Iranian regime. | 1. Calls for speculation. Fed. R. Evid. 701.<br>2. Lacks foundation re causation. Fed. R. Evid. 901. | SUSTAINED<br><br>OVERRULED |

DATED: February 27, 2023  **JEFF LEWIS LAW, APC**

By: /s/ *Jeffrey Lewis*
    Jeffrey Lewis
    Sean C. Rotstan

    Attorneys for Defendant
    ALI EBRAHIMZADEH

Jeff Lewis Law, APC
827 Deep Valley Drive, Suite 209
Rolling Hills Estates, CA 90274

