1  **KRONENBERGER ROSENFELD, LLP**
2  Karl S. Kronenberger (Bar No. 226112)
   karl@kr.law
3  Jeffrey M. Rosenfeld (Bar No. 222187)
4  jeff@kr.law
   James D. Carlson (admitted *pro hac vice*)
5  jim@kr.law
6  150 Post Street, Suite 520
   San Francisco, CA 94108
7  Telephone: (415) 955-1155
8  Facsimile: (415) 955-1158

9  Attorneys for Plaintiff Iranian Americans
   for Liberty Institute
10

11              **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**
                      **WESTERN DIVISION**
13

14 **IRANIAN AMERICANS FOR**           Case No. 2:22-cv-09240-MWF-MAR
   **LIBERTY INSTITUTE,** a Delaware
15 exempt corporation,                 **PROOF OF SERVICE FOR**
16                                     **LODGED EXHIBITS**
            Plaintiff,
17                                     **Hearing:**
18       v.
                                       Judge:  Hon. Michael W. Fitzgerald
19 **ALI EBRAHIMZADEH,** an            Ctrm:   5A
20 individual, and **JOHN DOES 1-10**, Date:   March 13, 2023
   unknown persons;                    Time:   10:00 a.m.
21
            Defendants.
22

23
24
25
26
27
28

Case No. 2:22-cv-09240-MWF-MAR                          **PROOF OF SERVICE**

# PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

I hereby certify that on February 27, 2023, I served:

1) **NOTICE OF MANUAL FILING OR LODGING;**
2) **THUMB DRIVE CONTAINING EXHIBITS A–B TO DECLARATION OF DANIEL JAFARI IN SUPPORT OF PLAINTIFF IRANIAN AMERICANS FOR LIBERTY INSTITUTE'S REPLY BRIEF IN SUPPORT OF MOTION PURSUANT TO RULE 56(d) TO PERMIT DISCOVERY AND DENY OR DEFER CONSIDERATION OF DEFENDANT ALI EBRAHIMZADEH'S SPECIAL MOTION TO STRIKE**

on the parties listed below as follows:

*Counsel for Defendant Ali Ebrahimzadeh:*

Jeffrey Lewis
Sean Rotstan
JEFF LEWIS LAW, APC
827 Deep Valley Drive, Suite 209
Rolling Hills Estates, CA 90274

[X] By depositing the aforementioned materials in a sealed envelope, with delivery fees paid or provided for, addressed as described above, in a box or other facility regularly maintained by Federal Express.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: February 27, 2023

Leah Rosa Vulić

Case No. 2:22-cv-09240-MWF-MAR  1  PROOF OF SERVICE