UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 22-9240-MWF(MARx)** | Dated: | **March 13, 2023** |

Title:   Iranian Americans for Liberty Institute v. Ali Ebrahimzadeh, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Jeffrey M. Rosenfeld | Jeff Lewis |

**PROCEEDINGS:**   **DEFENDANT'S SPECIAL MOTION TO STRIKE [17] PLAINTIFF'S MOTION PURSUANT TO RULE 56(d) TO PERMIT DISCOVERY AND DENY OR DEFER CONSIDERATION OF DEFENDANT ALI EBRAHIMZADEH'S SPECIAL MOTION TO STRIKE [22]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

-1-                                                      :20 min