1  **KRONENBERGER ROSENFELD, LLP**
2  Karl S. Kronenberger (Bar No. 226112)
   karl@kr.law
3  Jeffrey M. Rosenfeld (Bar No. 222187)
   jeff@kr.law
4  300 Spectrum Center Drive, Suite 400
5  Irvine, CA 92618
   Telephone: (949) 374-5036
6  Facsimile: (949) 374-5056
7
8  Attorneys for Plaintiff Iranian Americans
   for Liberty Institute
9
10
11
12              **UNITED STATES DISTRICT COURT**
13              **CENTRAL DISTRICT OF CALIFORNIA**
                      **WESTERN DIVISION**
14
15  **IRANIAN AMERICANS FOR**          Case No. 2:22-cv-09240-MWF-MAR
    **LIBERTY INSTITUTE,** a Delaware
16  exempt corporation,
17          Plaintiff,                  **[PROPOSED] ORDER**
                                        **DISMISSING ACTION**
18                                      **PURSUANT TO STIPULATION**
       v.                              **AND FED. R. CIV. P. 41(a)(1)(ii)**
19
20  **ALI EBRAHIMZADEH**, an individual,
    and **JOHN DOES 1-10**, unknown
21  persons,
22
            Defendants.
23
24
25
26
27
28

1       The Court, having considered the Stipulation of Dismissal of Action Under

2   Fed. R. Civ. P. 41(a)(1)(ii), and good cause appearing, hereby ORDERS that this

3   action is dismissed with prejudice, with each party to bear his/its own costs and

4   attorney's fees.

5       IT IS SO ORDERED.

6

7   Dated: _____      _____

8                                        The Honorable Michael W. Fitzgerald
                                          United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108