JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **IRANIAN AMERICANS FOR LIBERTY INSTITUTE,** a Delaware exempt corporation,<br><br>Plaintiff,<br><br>v.<br><br>**ALI EBRAHIMZADEH**, an individual, and **JOHN DOES 1-10**, unknown persons,<br><br>Defendants. | Case No. 2:22-cv-09240-MWF(MARx)<br><br>**ORDER DISMISSING ACTION PURSUANT TO STIPULATION AND FED. R. CIV. P. 41(a)(1)(ii)** |

The Court, having considered the Stipulation of Dismissal of Action Under Fed. R. Civ. P. 41(a)(1)(ii), and good cause appearing, hereby ORDERS that this action is dismissed with prejudice, with each party to bear his/its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: March 22, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge